No. 76–1289. MARKER ET AL. *v.* INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 76–1306. LAMONT *v.* FRESHMAN, MARANTZ, COMSKY & DEUTSCH ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 76–1307. NAVAJO FREIGHT LINES, INC. *v.* VACCO INDUSTRIES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 76–1312. WILD *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 76–1317. MOUNT *v.* BOSTON ATHENAEUM. C. A. 1st Cir. Certiorari denied.

No. 76–1318. SAULS *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 76–1320. JENSEN *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 76–1323. FOSTER *v.* KINGDON. Sup. Ct. Ga. Certiorari denied.

No. 76–1326. GAINES *v.* OREGON. Ct. App. Ore. Certiorari denied.

No. 76–1330. DOE *v.* PRINGLE ET AL., JUSTICES. C. A. 10th Cir. Certiorari denied.

No. 76–1332. ANASTOS ET AL. *v.* O'BRIEN, EXECUTRIX, ET AL. Sup. Ct. Ill. Certiorari denied.